UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-4613 PA (JEMx) | Date | July 16, 2013 |
|---|---|---|---|
| Title | Star Fabrics, Inc. v. The Buckle, Inc., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER TO SHOW CAUSE

    The Court has reviewed the Response to the Court's June 26, 2013 order to show cause regarding joinder filed by plaintiff Star Fabrics, Inc. ("Plaintiff"). Plaintiff's Response admits that Plaintiff does not currently have more than a belief that the allegedly infringing fabric design utilized by defendants The Buckle, Inc., INJ, Inc., K&J Trading, Inc., Charming Charlie, Inc., Claire's Stores, Inc., Pearl Imports, Inc., and Styles for Less, Inc., is traceable to a single common source. The Court concludes that Plaintiff's Response is insufficient to establish that the joinder of the named defendants satisfies the Federal Rule of Civil Procedure 20(a)(2)'s requirements for permissive joinder.

    In its Response, however, Plaintiff requests additional time to conduct discovery to establish the propriety of the joinder of the named defendants in a single action. Plaintiff shall have until September 16, 2013, to file a Supplemental Response to the June 26, 2013 order to show cause. Plaintiff's Supplemental Response must be supported by admissible evidence establishing that its claims against the named defendants arise out of the same transaction or occurrence and involve common questions of fact and law. Should Plaintiff fail to file a satisfactory Supplemental Response by that date, the Court will drop all but the first-named defendant for improper joinder without further warning. See Fed. R. Civ. P. 18, 20, 21.

    IT IS SO ORDERED.